

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00360-CV

BOBBY G. JOHNSON AND
GEORGIA JOHNSON,
INDIVIDUALLY AND AS
BENEFICIARIES OF THE
JOHNSON FAMILY TRUST

APPELLANTS

V.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
("MERS") AS NOMINEE FOR WMC
MORTGAGE CORPORATION AND
WELLS FARGO BANK N.A. AS
TRUSTEE OF RMAC REMIC
TRUST SERIES 2009-10

APPELLEES

----------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered "Appellants' Motion To Dismiss Appeal."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.


PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  October 27, 2011